# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Charlesretta Meade, Robert N.C. Nix, :
Honorable Russell M. Nigro, Honorable :
Alan K. Silberstein, Anthony Lewis Jr., :
and Molly Goldsmith, personal :
representative of the estate of Howard :
M. Goldsmith, deceased :
                                       :
                                       :
            v.                         :
                                       :
City of Philadelphia,                  :
                        Appellant      :
                                       :
Charlesretta Meade, Esq.; Robert       :
N. C. Nix III, Esq.; Honorable Russell :
M. Nigro; Honorable Alan K.            :
Silberstein; Molly Goldsmith, personal :
representative of the estate of Howard :
M. Goldsmith, Esquire and Anthony      :
Lewis Jr.; in their official capacity as :
members and officials of the Board of  :
Revision, and as individuals in their own :
right,                                 :
                        Appellants     :
                                       :
            v.                         :
                                       :
City of Philadelphia                   :          Nos. 1309 & 1332 C.D. 2014

## **O R D E R**

NOW, February 9, 2016, having considered designated appellant's application for reargument, appellees' application for reargument, and appellees' response to designated appellant's application for reargument, the applications are denied.

_____
MARY HANNAH LEAVITT,
President Judge